# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br>　　　　　　　Plaintiff(s), <br><br>vs. <br><br>FF&E LOGISTICAL, INC., et al., <br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-01289-RFB-NJK <br><br> ORDER <br><br> (Docket No. 17) |

Pending before the Court is a motion to withdraw as counsel for Defendants. Docket No. 17. That motion indicates that Defendants terminated the attorney-client relationship last month, and will be retaining new counsel. For good cause shown, the motion is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Defendants' addresses as listed at Docket No. 17 at 2.

Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant FF&E Logistical, Inc. is **ORDERED** to retain new counsel and for that new counsel to file a notice of appearance by February 8, 2017. Defendant Robert Patton is further **ORDERED** to file, by February 8, 2017, either (1) a notice that he intends to proceed *pro se* or (2) a notice of appearance by newly retained counsel.

IT IS SO ORDERED.

DATED:   January 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge