UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Board Of Trustees Of The Construction Industry And Laborers Health And Welfare Trust, *et al*., | Case No. 2:16-cv-01289-RFB-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| FF&E Logistical, Inc., *et al*., | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation [ECF No. 20] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 24, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 7, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 20] is

2    ACCEPTED and ADOPTED in full.

3         **IT IS FURTHER ORDERED** that default judgment be entered against Defendants for

4    the total amount of $116,940.61.

5         The Clerk of Court is directed to serve a copy of this Order upon Defendant.

6

7    DATED: April 20, 2017.

8                                                                    **RICHARD F. BOULWARE, II**
                                                                     **United States District Judge**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28